CURTIS G. HOKE (SBN 282465)
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
choke@millerfirmllc.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SHEPPARD,<br><br>    Plaintiff<br>v.<br><br><br>MONSANTO COMPANY<br><br>    Defendant. | C.V. NO.: 2:15-cv-8632-BRO-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff enters this Notice of Voluntary Dismissal without Prejudice. No Answers to the Plaintiff's Complaint have been served in this case, and no motions for summary judgment have been filed. The Plaintiff therefore requests that the Court dismiss this case without prejudice pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted this 31st day of December 2015.

                                                         **Counsel for Plaintiff**

                                                         /s/ _____

CURTIS G. HOKE (SBN 282465)
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
choke@millerfirmllc.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

Dated: December 31, 2015                /s/_____

CURTIS G. HOKE (SBN 282465)
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
choke@millerfirmllc.com
*Attorneys for Plaintiffs*